**AMERICAN STATES INSURANCE,**
**Plaintiff/Appellant,**

v.

**CASCADE LINEN SERVICE**
**COMPANY, Defendant/Respondent.**

No. 69266.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 15, 1996.

Edward J. Karfeld, St. Louis, for plaintiff/appellant.

Ernest L. Keathley, Jr., Florissant, for defendant/respondent.

Before CRAHAN, P.J., GRIMM and HOFF, JJ.

PER CURIAM.

*ORDER*

Plaintiff appeals an order setting aside a default judgment for failure to obtain proper service upon Defendant. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. Accordingly, we affirm the judgment pursuant to Rule 84.16(b).